IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:10CV115-RLV-DSC

| | |
|---|---|
| SHORE_LINE CARPET SUPPLIES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| | ) |
| HICKORY SPRINGS MANUFACTURING | ) |
| CO., et. al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

## ORDER

**THIS MATTER** is before the Court on the "Application[s] for Admission to Practice Pro Hac Vice [for Bernard Persky and Morissa R. Falk]" (documents ##14-15) filed August 25, 2010. For the reasons set forth therein, the Motions will be <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; <u>and to the Honorable Richard L. Voorhees.</u>

**SO ORDERED**.

Signed: August 26, 2010

David S. Cayer
United States Magistrate Judge